In the Matter of BARBARA O. BATES, Respondent, v. GEORGE K. WYMAN, as Commissioner of the Department of Social Services of the State of New York, Appellant.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.